1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Dominique Juliet Park
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 0 6 2022

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO ZAMORA-ZARAGOZA,<br>JOSIMAR ESPINOZA-BARAJAS, and<br>ANDRES MENDOZA,<br><br>Defendants. | 4:22-CR-6032-MKD<br><br>INDICTMENT<br><br>Vios.: 21 U.S.C. §§ 841(a)(1)<br>(b)(1)(A)(viii)<br>Distribution of 50 Grams of<br>Actual (Pure)<br>Methamphetamine<br>(Counts 1-3)<br><br>21 U.S.C. § 853 Forfeiture<br>Allegations |

The Grand Jury charges:

COUNT 1

On or about May 20, 2021, in the Eastern District of Washington, Defendant, ANTONIO ZAMORA-ZARAGOZA, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

INDICTMENT – 1

COUNT 2

On or about July 7, 2021, in the Eastern District of Washington, Defendants, ANTONIO ZAMORA-ZARAGOZA and JOSIMAR ESPINOZA-BARAJAS, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

COUNT 3

On or about March 4, 2022, in the Eastern District of Washington, Defendants, ANTONIO ZAMORA-ZARAGOZA, JOSIMAR ESPINOZA-BARAJAS, and ANDRES MENDOZA, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendants, ANTONIO ZAMORA-ZARAGOZA, JOSIMAR ESPINOZA-BARAJAS, and ANDRES MENDOZA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of Defendants:

 (a) cannot be located upon the exercise of due diligence;

 (b) has been transferred or sold to, or deposited with, a third party;

 (c) has been placed beyond the jurisdiction of the court;

 (d) has been substantially diminished in value; or

INDICTMENT – 2

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this \_\_6\_\_ day of July, 2022.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Stephani Vaulker / for*
Dominique Juliet Park
Assistant United States Attorney

INDICTMENT – 3